UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__09/10/2020__
```

IMG WORLDWIDE, LLC AND
INTERNATIONAL MERCHANDISING
COMPANY, LLC,

                              Plaintiffs,

                -against-

FASHION WEEK INC. AND TRISHA
PARAVAS,

                              Defendants.

-------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONIC
DISCOVERY CONFERENCE**

**19-CV-11225 (RA) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     A telephonic Discovery Conference in this matter is hereby scheduled for **Thursday,**

**September 24, 2020 at 12:45 p.m.**  Counsel is directed to call Judge Parker's court conference

line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

     **SO ORDERED.**

Dated: September 10, 2020
      New York, New York

                                   *Katharine H Parker*
                             _____
                             KATHARINE H. PARKER
                             United States Magistrate Judge