```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/04/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IMG WORLDWIDE, LLC AND
INTERNATIONAL MERCHANDISING
COMPANY, LLC,

                        Plaintiffs,

    -against-

FASHION WEEK INC. AND TRISHA
PARAVAS,

                        Defendants.

------------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT STATUS CONFERENCE**

**19-CV-11225 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic Settlement Status Conference in this matter is hereby scheduled for **Wednesday, November 18, 2020 at 11:00 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

    SO ORDERED.

Dated: November 4, 2020
       New York, New York

*/s/ Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge