UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2020

IMG WORLDWIDE, LLC and
INTERNATIONAL MERCHANDISING
COMPANY, LLC,

          Plaintiffs,

v.

FASHION WEEK INC. and TRISHA
PARAVAS A/K/A PATRICIA PARAVAS
A/K/A TRISHA PRASAD A/K/A DEEPIKA
PARAVASTHU,

          Defendants.

Civil Action No.: 19-cv-11225-RA-KHP

## PERMANENT INJUNCTION UPON CONSENT

WHEREAS, Plaintiffs IMG Worldwide, LLC and International Merchandising Company, LLC (collectively, "IMG") commenced this action, charging defendants Fashion Week, Inc. ("FWI") and Trisha Paravas a/k/a Trisha Prasad a/k/a Deepika Paravasthu ("Paravas") (FWI and Paravas collectively, "FWI Parties") with willful trademark infringement, trademark dilution, false designation of origin or sponsorship and unfair competition; and

WHEREAS, the FWI Parties have answered the Complaint denying IMG' allegations in this action and FWI has asserted counterclaims against IMG alleging unfair competition, trademark infringement, and dilution; and

WHEREAS, all parties to this action have reached a confidential agreement to settle the controversy by, between, and among them, it is hereby ORDERED, ADJUDGED AND DECREED:

TP

1. That this Court has jurisdiction over the parties to this action, and over the subject matter of this action.

2. That the FWI Parties, their officers, agents, servants, employees, licensees, franchisees, attorneys, successors, assigns, and all persons in active concert or participation with them, shall be and hereby are permanently restrained and enjoined from:

    a. Using, in whole or in part, any trademark or service mark comprising or containing "NYFW," "NEW YORK FASHION WEEK" or "NEW YORK FASHION SHOWS," or any confusingly similar variation thereof including phonetic equivalents, in any manner in connection with the promotion or sale of any goods and/or services.

    b. Using any business names, monikers, taglines, promotions, internet domain names or social media account names or handles that include "NYFW," "NEW YORK FASHION WEEK," or "NEW YORK FASHION SHOWS" or any confusingly similar variation thereof including phonetic equivalents;

    c. Registering or seeking to register any trademark, service mark, domain name, business name, social media account, or any other designation or name that is comprised of or contains "NYFW," "NEW YORK FASHION WEEK," or "NEW YORK FASHION SHOWS," or any confusingly similar variation thereof, including phonetic equivalents.

    d. Directly or indirectly contesting the validity of the Assigned Marks (as defined herein), or IMG's ownership or use of any trademark or service mark comprising or containing "NYFW" or "NEW YORK FASHION WEEK" or

*TP*

"NEW YORK FASHION SHOWS" in connection with any goods or services, or taking any action to challenge or interfere with IMG's use or registration of such marks.

    e. Engaging in any conduct which will or is likely to result in confusion, mistake, or deception as to the source, sponsorship, affiliation, connection, or association of the FWI Parties or their goods or services with IMG or its goods or services.

3. That Paravas shall not engage in any of the activities prohibited by Paragraph 2 of this Order via another company or business.

4. That FWI shall assign to IMG all rights, title and interests in and to the marks that are the subject of each of the following U.S. Trademark Applications and Registrations (collectively, the "Assigned Marks") including an assignment of said registrations and applications, together with all associated goodwill, as well as all related claims or causes of action and all other rights and privileges of the FWI in the Assigned Marks:

    a. U.S. Reg. No. 4,351,838

    b. U.S. Reg. No. 4,577,822

    c. U.S. Reg. No. 4,870,711

    d. U.S. Reg. No. 4,966,630

    e. U.S. Reg. No. 5,206,534

    f. U.S. Reg. No. 5,014,908

    g. U.S. Reg. No. 5,303,409; and

    h. U.S. App. Ser. No. 87/476,538

*TP*

5. That FWI shall expressly abandon each of the following trademark applications:

    a. U.S. App. Serial No. 87/476,556

    b. U.S. App. Serial No. 87/476,550

    c. U.S. App. Serial No. 87/476,575

    d. U.S. App. Serial No. 87/476,580

    e. U.S. App. Serial No. 87/476,564

    f. U.S. App. Serial No. 87/501,560; and

    g. U.S. App. Serial No. 87/501,563.

6. That the jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Permanent Injunction Upon Consent, the enforcement thereof and the punishment of any violations thereof.

7. That this Permanent Injunction Upon Consent be entered without taxation of costs, damages or attorney fees to any of the parties hereto.

8. That this Permanent Injunction Upon Consent may be cited by any party as an adjudication of contested issues as to validity or infringement.

SO ORDERED

*Katharine H Parker*

United States Magistrate Judge

Dated: December 22, 2020

## CONSENTS

The undersigned defendants, consent to the entry of the foregoing Permanent Injunction Upon Consent.

Dated: 12/11, 2020

FASHION WEEK, INC.

By: *[signature]*

Name: TRISHA PARAVAS

Title: PRESIDENT

TRISHA PARAVAS a/k/a
TRISHA PRASAD a/k/a
DEEPIKA PARAVASTHU

Signature: *[signature]*

KELLEY DRYE & WARREN LLP

*[signature]*

Andrea L. Calvaruso
Michael C. Lynch
Attorneys for Plaintiffs
101 Park Avenue
New York, New York 10178

*[signature]* Erica Doran

Attorney for Defendant Fashion Week, Inc.
Law Offices of Erica Doran Esq.
42 Church St Syosset, NY 11791